IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

WESLEY L. ADKINS,

                **Plaintiff,**

v.                                                                  CASE NO. 24-3120-JWL

STATE OF KANSAS, ET AL.,

                **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff and state prisoner Wesley L. Adkins, who is housed at El Dorado Correctional Facility in El Dorado, Kansas, filed with this Court a document titled "Motion for Permission to Bring Civil Rights Complaint, pursuant to 42 U.S.C. 1983, against the State of Kansas, and Its Medical Health Care Provider, Centurion Managed Care." (Doc. 1.) Plaintiff does not at this time need the Court's permission to file a civil rights complaint under 42 U.S.C. § 1983. In the interest of efficiency, however, the Court directed the clerk to assign a case number to this matter and file the motion as the initial pleading in this case.

That being said, Local Rule 9.1(a) requires that a § 1983 complaint be on court-approved forms. *See* D. Kan. Rule 9.1(a). The Court will direct the clerk to provide Plaintiff with the required forms and Plaintiff will be granted time in which to submit a complaint on those forms. In addition, Plaintiff has neither paid the $405.00 filing fees for a civil action nor submitted a motion to proceed without prepayment of fees. *See* 28 U.S.C. § 1914. This case will not proceed until Plaintiff either pays the fees or submits the motion on the required, court-approved form. The Court will direct the clerk to provide Plaintiff with the form for a motion to proceed without prepayment of fees. Plaintiff will be granted time in which to either pay the fees or submit the motion and the required

documentation.

If Plaintiff does not (1) file a complaint on the required, court-approved form and (2) either pay the filing fees in full or submit a motion to proceed without prepayment of fees on or before **August 15, 2024**, this action will be dismissed without further prior notice to Plaintiff for failure to comply with a court order.

**IT IS THEREFORE ORDERED** that Plaintiff is granted to and including **August 15, 2024** in which to (1) file a complaint on the required, court-approved form and (2) either pay the filing fees in full or submit a motion to proceed without prepayment of fees and the required documentation. The clerk is directed to provide the necessary forms and instructions to Plaintiff.

**IT IS SO ORDERED.**

DATED:  This 15th day of July, 2024, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge
