IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

WESLEY L. ADKINS,

                            **Plaintiff,**

      v.                                                                                          CASE NO. 24-3120-JWL

STATE OF KANSAS, ET AL.,

                            **Defendants.**

### MEMORANDUM AND ORDER

This matter comes now before the Court on Plaintiff and state prisoner Wesley L. Adkins' motion for extension of time to pay the filing fee for this action as directed in the Court's previous order. Plaintiff explains that he has the funds to pay the filing fee but needs additional time for his request to be processed by inmate banking and the funds to be sent to the Court. *Id*. The motion will be granted.

**IT IS THEREFORE ORDERED** that the motion for extension of time (**Doc. 5**) is **granted**. Plaintiff is granted to and including **September 16, 2024** in which to comply with the July 15, 2024 memorandum and order (Doc. 2) and either pay the filing fees in full or submit a motion to proceed without prepayment of fees and the required documentation.

**IT IS SO ORDERED.**

DATED:  This 8th day of August, 2024, at Kansas City, Kansas.

                                                           S/ John W. Lungstrum
                                                           JOHN W. LUNGSTRUM
                                                           United States District Judge